IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CLAUDE LEE PATY,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:15-CV-3201-L** |
| § | |
| **CAROLYN W. COLVIN,** § | |
| **Acting Commissioner of the Social Security** § | |
| **Commission,** § | |
| § | |
| Defendant. § | |

## ORDER

This social security appeal was referred to United States Magistrate Paul D. Stickney, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on January 20, 2017, recommending that the final decision of the Commissioner be reversed and remanded for further proceedings consistent with his Report. No objections to the Report were filed.

After reviewing the briefs, file, record in this case, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the Commissioner's decision is **reversed**, and this case is **remanded** for further proceedings consistent with the magistrate judge's Report.

**It is so ordered** this 7th day of February, 2017.

_____
Sam A. Lindsay
United States District Judge

Order – Solo Page